**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

08 - 1 5 6

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Criminal No.** |
| | : | **Magistrate Nos.**   08-0319M-01 |
| | : | 08-0320M-01 |
| **v.** | : | **VIOLATION:** 07-477M-01 |
| | : | **18 U.S.C. §§ 1028(a)(7) and (f)** |
| **TASHANA E. CREWS** | : | **(Conspiracy to Transfer, Possessor or Use** |
| **RASHELLE LYNETTE HENDERSON,** | : | **Means of Identification of Another With** |
| | : | **Intent to Commit a Federal Offense).** |
| **Defendants** | : | |

MAY 3 0 2008

SULLIVAN, J. EGS

**INFORMATION**

The United States Attorney charges:

From on or about April 2006 until March 2007, in the District of Columbia, and

elsewhere, defendants **TASHANA E. CREWS** and **RASHELLE LYNETTE HENDERSON**

did, knowingly conspire with each other and others to transfer, possess or use, a means of

identification of another person with the intent to commit, or to aid or abet, or in connection

with, any unlawful activity that constitutes a violation of federal law, to wit, wire fraud.

In violation of 18 U.S.C. §1028(a)(1), (b)(1)(A)(ii); 18 U.S.C. § 2.

JEFFREY A. TAYLOR
United States Attorney for
the District of Columbia

By: _____

SUSAN B. MENZER
Assistant United States Attorneys
(202) 514-6968