UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 08-156 |
| | : | |
| v. | : | VIOLATION: |
| | : | 18 U.S.C. §§ 1028(a)(7) and (f) |
| TASHANA E. CREWS | : | (Conspiracy to Transfer, Possess or Use |
| RASHELLE LYNETTE HENDERSON, | : | Means of Identification of Another With |
| | : | Intent to Commit a Federal Offense); 18 |
| | : | U.S.C. § 1028(g) (incorporating 21 |
| | : | U.S.C.§ 853), and 18 U.S.C. § |
| | : | 982(a)(2)(B) (Criminal Forfeiture) . |
| Defendants | : | |

## AMENDED INFORMATION

The United States Attorney charges:

### COUNT ONE

1.  From on or about April 2006 until March 2007, in the District of Columbia, and elsewhere, defendants **TASHANA E. CREWS** and **RASHELLE LYNETTE HENDERSON** did, knowingly conspire with each other and others to transfer, possess or use, a means of identification of another person with the intent to commit, or to aid or abet, or in connection with, any unlawful activity that constitutes a violation of federal law, to wit, wire fraud.

**(Conspiracy To Transfer, Possess, Or Use Means of Identification
With Intent To Commit A Federal Offense, in violation of
Title 18, United States Code, Sections 1028(a)(7) and 1028(f))**.

### CRIMINAL FORFEITURE ALLEGATION

2.  Paragraph One is re-alleged as though set forth fully herein and incorporated by reference for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 18, United States Code, Section 1028(g) (incorporating Title 21, United States Code, Section 853), and Title 18, United States Code, Section 982(a)(2)(B).

3.  As a result of the offense alleged in Count One of this Amended Information,

**TASHANA E. CREWS** shall forfeit to the United States all property seized during the execution of a search warrant at her residence on April 19, 2007, as property constituting, or derived from, proceeds obtained directly or indirectly, as the result of the Conspiracy To Transfer, Possess, Or Use Means of Identification With Intent To Commit A Federal Offense, in violation of Title 18, United States Code, Sections 1028(a)(7) and 1028(f).

**(Criminal Forfeiture, in violation of Title 18, United States Code, Section 1028(g) (incorporating Title 21, United States Code, Section 853) and Title 18, United States Code, Section 982(a)(2)(B)).**

JEFFREY A. TAYLOR
United States Attorney for
the District of Columbia

By: _____
SUSAN B. MENZER, Bar #421007
Assistant United States Attorney
555 4th Street, N.W.
Fifth Floor
Washington, DC 20530
(202) 514-6968
Susan.Menzer@usdoj.gov