```
            UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF COLUMBIA
```

UNITED STATES
    Plaintiff,

    vs.                                  Criminal No. 08-156(EGS)

TASHANA CREWS
RASHELLE HENDERSON
    Defendant.

## ORDER

The U.S. Probation Department shall prepare and file a pre-sentence report by no later than **SEPTEMBER 16, 2008**; defendant's memorandum lf law, if any shall be filed by no later than **SEPTEMBER 23, 2008**; the Government's memorandum of law, if any shall be filed by no later than **SEPTEMBER 30, 2008**, and it is further

ORDERED that the defendant shall be sentenced in Courtroom Number 24A, 4th Floor on **OCTOBER 14, 2008 AT 2:00 P.M.**

IT IS SO ORDERED.

DATE: June 20, 2008    EMMET G. SULLIVAN
                                  UNITED STATES DISTRICT JUDGE