FILED
 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 08-156 (EGS) |
| | : | Magistrate No. 08-0319M-01 & |
| | : | 08-0320M-01 |
| | : | |
| v. | : | VIOLATION: |
| | : | 18 U.S.C. §§ 1028(a)(7) and (f) |
| TASHANA E. CREWS and | : | (Conspiracy to Transfer, Possessor or Use |
| RASHELLE L. HENDERSON, | : | Means of Identification of Another With |
| | : | Intent to Commit a Federal Offense). |
| Defendants. | : | |

## STATEMENT OF OFFENSE

Pursuant to Federal Rule of Criminal Procedure 11, defendant **TASHANA E. CREWS** ("**CREWS**"), defendant **RASHELLE L. HENDERSON** ("**HENDERSON**") and the United States agree and stipulate as follows:

1. From on or about April 2006 until March 2007, in the District of Columbia and elsewhere, defendants **CREWS** and **HENDERSON** conspired with one another to steal the names, date of births, and Social Security Numbers of approximately 65 individuals, who were either employed by or had applied for positions with the District of Columbia Public Schools ("DCPS"), with the intent to obtain credit through the Internet which they used to purchase goods and services or to take cash advances.

2. During the conspiracy, defendant **HENDERSON** worked as a Program Support Specialist in DCPS's Office of Workforce and Professional Development, located at 215 G Street, N.E., Washington, D.C. where she regularly had access to documents that contained the name, date of birth, and Social Security Number of DCPS personnel or those applying to become DCPS personnel. Defendant **HENDERSON**, who met defendant **CREWS** several years earlier when they were both employed in the same shoe store at The Mall in Prince Georges County,

Maryland, sent the stolen information to defendant **CREWS** via the Internet through her email account, buggsb99@yahoo.com, or defendant **CREWS**'s email account, nikeboothoney@yahoo.com, that she could access with the password defendant **CREWS** shared with her. Both defendants, individually or jointly, used the stolen information to obtain approximately 30 lines of credit by completing applications on the Internet.

3. For example, on September 19, 2006, defendant **HENDERSON** logged into defendant **CREWS**'s email account, nikeboothoney@yahoo.com, and sent her an email, containing the personal identifiers of an individual who had applied for employment with DCPS on July 31, 2006. Between September 19, 2006 and September 22, 2006, defendants **CREWS** and/or **HENDERSON** attempted to obtain credit with this individual's personal identifiers 11 times. On September 20, 2006, one line of credit with Chase was opened successfully and used by defendant **HENDERSON** to place an order in the amount of $212.85 with www.backcountryusa.com for two boys' North Face Jackets. The package containing the jackets was sent next day air to the home of one of defendant **HENDERSON**'s relatives.

4. Several months earlier, on July 7, 2006, defendant **HENDERSON** logged into defendant **CREWS**'s email account, nikeboothoney@yahoo.com, and sent her an email, containing the personal identifiers of an individual who had worked for DCPS as an intern from August to December 2004. In October 2006, a Chase credit card was obtained in this former DCPS intern's name. On October 17, 2006, defendant **CREWS** used this credit card to buy $607.96 of musical equipment from www.music123.com., which was shipped via Federal Express to her home. She also used this credit card on October 27, 2007 to obtain a $400.00 cash advance at PNC Bank automatic teller machine on South Capitol Street, S.E. near defendant **CREWS**'s home and for various other purchases of goods and services.

5. In total, defendants **CREWS** and **HENDERSON** fraudulently obtained at least $40,000 in goods, services and currency through the use of individuals' personal identifiers that defendant **HENDERSON** stole during her employment with the DCPS.

_____                _____
**TASHANA E. CREWS**                     **RASHELLE L. HENDERSON**