UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
JUN 19 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES
    Plaintiff,

CR. NO. 08-156-2

VS.

RASHELLE HENDERSON
    Defendant

## WAIVER OF INDICTMENT

I, **RACHELLE HENDERSON** the above named defendant, who is accused of **CONSPIRACY TO TRANSFER, POSSESSOR OR USE MEANS OF IDENTIFICATION OF ANOTHER WITH INTENT TO COMMIT A FEDERAL OFFENSE** being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before_____
Judicial Officer

AO 455(Rev.5/85) Waiver of Indictment